| | |
|---|---|
| 1 | Janet M. Herold |
| | Regional Solicitor |
| 2 | Bruce L. Brown |
| | Associate Regional Solicitor and |
| 3 | Counsel for Whistleblower Programs |
| 4 | **Norman E. Garcia** |
| | Senior Trial Attorney (CSBN #215626) |
| 5 | Office of the Solicitor |
| 6 | United States Department of Labor |
| | 90 Seventh St., Rm. 3-700 |
| 7 | San Francisco, California 94103 |
| | Telephone: (415) 625-7747 |
| 8 | Facsimile:  (415) 625-7772 |
| 9 | garcia.norman@dol.gov |
| 10 | Attorneys for the Plaintiff |
| | Secretary of Labor |
| 11 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

| | | |
|---|---|---|
| **MILTON AL STEWART**, Acting Secretary of Labor, United States Department of Labor, | ) ) ) | Case No.: |
| Plaintiff, | ) ) ) | **VERIFIED COMPLAINT SEEKING ENFORCEMENT OF AN ORDER OF REINSTATEMENT** |
| v. | ) ) ) | |
| **AHERN RENTALS, INC.**, a corporation, | ) ) ) | |
| Defendants. | ) ) ) | |

Jared Klein, having first been duly sworn and upon oath, deposes and says as follows:

1. I am the OSHA investigator responsible for investigating Stephen Balint's complaint against Ahern Rentals, Inc. ("Ahern") for a violation of the Surface Transportation Assistance Act.

Verified Complaint Seeking Enforcement of an Order of Reinstatement          Page 1

2. I have read the Verified Complaint Seeking Enforcement of an Order of Reinstatement prepared by the Secretary's attorneys in this matter and I believe that all of the facts contained therein are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this Complaint is not interposed for any improper purpose, such as to harass Ahern, cause unnecessary delay to Ahern, or create a needless increase in the cost of litigation to Ahern.

5. The Complaint is filed in good faith and solely for the purposes set forth therein.

6. The three exhibits attached to the Complaint are documents that OSHA provided to the Secretary's attorney and are true and correct copies of the original.

7. I have not altered, changed, modified, or fabricated these exhibits.

JARED KLEIN

See Attached Acknowledgement

# CALIFORNIA ACKNOWLEDGMENT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State Of: **California**
County Of: **Alameda**

On **March 17**, 2021 before me, **Sara Rhodes** Notary Public, personally appeared **Jared Klein** _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that she/he/they executed the same in her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Signature_
Signature: **Sara Rhodes**

SARA RHODES
COMM. # 2336648
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Commission Expires NOV 22, 2024

Title of Document: **Verified Complaint Seeking Enforcement of an order of Reinstatement**
Total Number of Pages including Attachment: **3**

Notary Commission Expiration Date: Nov. 22, 2024

Notary Commission Number: 2336648