# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON AL STEWART, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>AHERN RENTALS, INC.,<br><br>Defendant | Case No.: 2:21-cv-00441-APG-VCF<br><br>**Order Directing Response to Motion for Preliminary Injunction** |

The plaintiff filed a motion for preliminary injunction. ECF No. 2. The motion was served on the defendant along with the complaint on March 18, 2021. ECF No. 8 at 2. The defendant filed an answer to the complaint but did not file a response to the motion for preliminary injunction. Out of an abundance of caution, I will extend the deadline for the defendant to file a response.

I THEREFORE ORDER that the defendant shall file a response to the motion for preliminary injunction, if it has any, by April 23, 2021. The plaintiff may file a reply within seven days of the response. *See* Local Rule 7-2(b).

DATED this 15th day of April, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE