DARRYL J. SILVERA
THE SILVERA FIRM
17070 Dallas Pkwy, Ste. 100
Dallas, TX 75248
972-715-1750 | Fax: 972-715-1759
dsilvera@silveralaw.com
*ATTORNEY FOR*
*AHERN RENTAL, INC.*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEVADA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**, Acting Secretary of Labor, United States Department of Labor,<br><br>*Petitioner*,<br><br>vs.<br><br>**AHERN RENTALS, INC.**, a corporation<br><br>*Respondent*. | Case No.: 2:21-cv-00441-APG-VCF<br><br>**ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PETITIONER'S PETITION FOR CONTEMPT OF ORDER AND FOR PETITIONER'S REPLY** |

ON THIS DAY came on to be considered Respondent's Unopposed Motion to Extend Deadline to Respond to Petitioner's Petition for Contempt of Order and Petitioner's Reply pursuant to Fed. R. Civ. P. 6. The Court, after considering said Motion, is of the opinion it is with merit and should be GRANTED.

IT IS HEREBY ORDERED that Respondent's deadline to respond to Petitioner's Petition for Contempt of Order be extended (7) days from November 5, 2021, to November 12, 2021, and Petitioner's reply to Respondent's Response be extended (7) days from November 19, 2021, to December 3, 2021.

IT IS SO ORDERED:

Dated: ___November 8, 2021___

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**ORDER ON UNOPPOSED MOTION TO EXTEND  DEADLINE TO RESPOND TO PETITIONER'S PETITION FOR CONTEMPT OF ORDER AND FOR PETITIONER'S REPLY**

**PAGE - 1**