# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MILTON AL STEWART, Acting Secretary
of Labor, United States Department of Labor,

    Plaintiff

v.

AHERN RENTALS, INC.,

    Defendant

Case No.: 2:21-cv-00441-APG-VCF

**Order Granting Motion to Extend
Deadline to Respond to Petition for
Contempt**

[ECF No. 36]

    I HEREBY GRANT the defendant's unopposed motion (ECF No. 36) to extend the deadline to respond to the plaintiff's petition for contempt. The defendant's response to the petition for contempt is due November 19, 2021. The plaintiff's reply in support of its petition is due December 10, 2021.

    DATED this 15th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE