# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON AL STEWART, | Case No.: 2:21-cv-00441-APG-VCF |
| Plaintiff | **Order for Status Report** |
| v. | |
| AHERN RENTALS, INC., | |
| Defendant | |

I ORDER that by April 28, 2023, the parties shall file a status report addressing whether this case can be closed.

DATED this 4th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE