MARC PILOTIN
Regional Solicitor of Labor
JESSICA FLORES
Counsel for Civil Rights
NORMAN GARCIA (Cal. Bar No. 215626)
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7747
Fax: (415) 625-7772
E-mail: garcia.norman@dol.gov

*Attorneys for Petitioner Acting Secretary of Labor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor,[1]<br><br>*Petitioner*,<br><br>vs.<br><br>**AHERN RENTALS, INC.**, a corporation<br><br>*Respondent*. | Case No.: 2:21-cv-00441-APG-VCF<br><br>**ORDER**<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF UNDERLYING OALJ CASE, REQUEST FOR DISMISSAL OF THIS CASE** |

Plaintiff, Julie A. Su, Acting Secretary of Labor of the U.S. Department of Labor, respectfully requests that this Court dismiss this case with prejudice because the underlying Office of Administrative Law Judges case ("OALJ") going to the merits of Mr. Stephen Balint's Surface Transportation Assistance Act complaint was dismissed with prejudice after the this Court granted the

---

[1] Julie A. Su became Acting Secretary of Labor on March 13, 2023. Pursuant to Fed. R. Civ. P. 25(d), the caption has been changed to reflect this.

settlement between the parties. Attached at Exhibit 1 is the OALJ Order granting this settlement and dismissing Mr. Balint's case with prejudice dated September 28, 2023.

Respectfully submitted this 29th day of September 2023.

SEEMA NANDA
Solicitor of Labor

MARC PILOTIN
Regional Solicitor

JESSICA FLORES
Counsel for Civil Rights

  /s/ Norman E. Garcia
NORMAN E. GARCIA
Senior Trial Attorney

Attorneys for the Acting Secretary of Labor
U.S. Department of Labor

IT IS SO ORDERED:   that this case is dismissed.  The clerk is directed to close this case.

Dated: October 2, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE